UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE N.W.
WASHINGTON, D.C. 20001-2802

| | | |
|---|---|---|
| STANLEY A. SLUPKOWSKI | ) | CASE NO. _____ |
| | ) | |
| PETITIONER, | ) | |
| | ) | Case: 1:08-mc-00383 |
| V | ) | Assigned To : Friedman, Paul L. |
| | ) | Assign. Date : 6/14/2008 |
| INSPECTOR GENERAL, FOR THE | ) | Description: miscellaneous |
| HOUSE OF REPRESENTATIVES | ) | |
| | ) | |
| RESPONDENT. | ) | |
| | ) | |
| | ) | |

NOTICE OF APPEAL TO THE ABOVE NAMED COURT

PETITIONER/APPELLANT IS NOT A PRISONER WITHIN THE MEANING OF THE
PRISONER LITIGATION REFORM ACT (PLRA) AND IS TAKEN THIS APPEAL
PRO SE: BY YIELDING TO THE COURTS POWER TO GRANT THIS APPEAL INFORMA
PAUPERIS (IFP) TO PROCEED IN:

1. Honorable Judge Friedman, May 8 2008 ORDER, dismissing ACTION TO

COMPEL AN OFFICER OF THE UNITED STATES TO PREFORM HIS DUTY, without

prejudice.

2. Honorable Judge Friedman, ORDER reached petitioner/appellant, at

FMC Rochester MN., on 27 May 2008, at 16;30 hours, central time by

regular mail call.

3. Petitioner/appellant wants, the Order reviewed with the CASE

PURSUANT TO FIRST AND FIFTH AMENDMENTS RIGHT TO PETITION CONGRESS.

4. PURSUANT TO: 28:1915N14 WHO IS PRISONER, Petitioner who was civilly

committed under California's Sexually Violent Predators Act was not

"PRISONER" subject to Prison Litigation Reform Act's Financial reporting

and exhaustion requirements.  Page V Torrey (2000 CA9 Cal) 201 F3D

1136, Kolocotroins V Morgan 247 F3D 726, Troville V Venz 303 F3D 1256,

LaFontant V INS 135 F3D 158.

5. PURSUANT TO: 28:1915N33 MERITS OF CAUSE OF ACTION, Merit or lack

of merit is not test for dtermining whether petitioner should be allowed
to proceed in forma pauperis; when a federal district court receives
application for leave to proceed in forma pauperis, it should examine
papers and determine if requirements of 28:1915 are satisfied, and if
they are, leave should be granted. Ragan V Cox 305 F2D 58. If pro
se pleading appears to have some merit, court would grant leave to
proceed in forma pauperis; if warranted, it would dismiss at later point
in light of subsequent proceedings. Yates V Wellman 373 F Supp 437.

6. The petitioner is commited 4241/4246, and not "PRISONER", the (PLRA)
does not apply to civilly commited. There is no filing fees requirements
for petitioning members of Congress, Inspector Generals of Departments,
Secretary's of the United States. This petition does not pertain to
the Bureau of Prisons or Public Health Services, it pertains to the
United States Congress pertaining to the agencies of the department of
Defense, (DOD).

7. WHEREFORE, petitioner/appellant, submits to this court NOTICE of
APPEAL and Informa Pauperis file copy and file copy of petition which
was returned this date to the petitioner, the court still has in custody
the original signed and three copies, one return file copy with self
stamped envelope, to proceed without prepayment or FEES in court cost.

8. If this honorable court does not process the action required to
establish communications between the petitioner and the respondennt the
petitioner PURSUANT TO: RULE 18 of the Supreme Court transfer the case
to the Supreme Court for action.

## UNSWORN DECLARATION 28:1746(2)

I, Stanley A. Slupkows, declares all said and read herein to be TRUE
and CORRECT pursuant to the PENALTY for PERJURY provision hereto:

27 May 2008

STANLEY A. SLUPKOWSKI PRO SE:


CERTIFICATE OF SERVICE

DISTRICT CLERK                          FIRST CLASS MAIL WITH SELF STAMPED
U.S. DISTRICT COURT                     ADDRESSED ENVELOPE FOR RETURN FILE COPY
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE N.W.
WASHINGTON D.C. 20001-2802


21 May 2008

STANLEY A. SLUPKOWSKI PRO SE:
FMC 19289-083 BLDG 1-2
FEDERAL MEDICAL CENTER
P.O. BOX 4000
ROCHESTER MN., 55903-4000

CO 217B
Rev. 2/06
FPI-SST

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA


Stanley A. Slupkowski,
_____
                    Plaintiff(s)

vs.


Inspector General for the House of Representatives
_____
                    Defendant(s)


Dear: Mr Slupkowski          :

In the above entitled case, please be advised that on 5/8/08
Judge: Friedman          endorsed thereon as follows:

"Leave to file without prepayment of costs is **DENIED**."

As a result of the Judge's ruling, your case has not been filed with our Court and is being returned to you at this time. Thank you.


NANCY MAYER-WHITTINGTON, CLERK

By: Sa Janau Scott
_____
    Deputy Clerk

`STANLEY A. SLUPKOWSKI
FMC 19289-083 BLDG 1-2
FEDERAL MEDICAL CENTER
P.O. BOX 4000
ROCHESTER MN., 55903-4000`

Leave to file without
Prepayment of Cost ▓▓▓▓ DENIED
Signed [signature]
Date 5/8/08

_____
*Petitioner*

INSPECTOR GENERAL FOR THE HOUSE
OF REPRESENTATIVES WASHINGTON D.C.
_____
*Respondent(s)*

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

CIVIL COMPLAINT PURSUANT TO FIRST
& FIFTH AMENDMENTS

I, S.A. SLUPKOWSKI FMC 19289-083    , declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1.  Are you presently employed? ☒ Yes   ☐ No

    a.  If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. VOLREHAB WORKSHOP FMC ROCHESTER MN.,
        8-9$ MONTHLY

    b.  If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2.  Have you received, within the past twelve months, any money from any of the following sources?

    a.  Business, profession or form of self-employment?    ☐ Yes   ☒ No
    b.  Rent payments, interest or dividends?    ☐ Yes   ☒ No
    c.  Pensions, annuities or life insurance payments?    ☐ Yes   ☒ No
    d.  Gifts or inheritances?    ☐ Yes   ☒ No
    e.  Any other sources? FA SERVICE CONNTCTED ☒ Yes   ☐ No
        DISABILITY
    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: $520.00 MONTHLY
    _____

3.  Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)* ☒ Yes   ☐ No

    If the answer is yes, state the total value of the items owned: OVER $30,000
    _____

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes   ☒ No

    If the answer is yes, describe the property and state its approximate value: _____

RECEIVED
APR 2? 2008
Clerk, U.S. District and
Bankruptcy Courts

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____

_____

_____

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on __17 NOV 2008__          STANLEY A. SLUPKOWSKI PRO SE: _____
            *Date*                              *Signature of Petitioner*

THE BELOW DOES NOT PERTAIN TO CIVILLY COMMITED, WE ARE NOT PRISONERS
PRUSUANT TO 28:1915N14, NO THREE STRIKE, NO FILING FEES, DOES NOT HAVE TO
STATE FINANCIAL REPORTING AND EXHAUSTION REQUIREMENTS,  MERIT OR LACK OF
MERIT IS NOT TEST FOR DETERMINING WHETHER PETITIONER SHOULD PROCEED IN
FORMA PAPUPERIS 28:1915N33, MERITS OF CAUSE OF ACTION.

### CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $_____ on account to his credit

at the _____ institution where

he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of

said institution:

_____

_____

_____

_____

_____

_____

_____          _____
        *Date*                        *Authorized Officer of Institution*

                                   _____
                                        *Title of Officer*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE N.W.
NEW WASHINGTON 20001-2802

| | |
|---|---|
| STANLEY A. SLUPKOWSKI ) | CASE NO _____ |
| FMC 19289-083 BLDG 1-2 ) | |
| FEDERAL MEDICAL CENTER ) | CIVIL COMPLAINT PURSUANT TO THE |
| P.O. BOX 4000 ) | FIRST AMENDMENT (ABRIDING THE |
| ROCHESTER MN., 55903-4000 ) | FREEDOM OF SPEECH, RIGHT OF THE |
| ) | PEOPLE PEACEABLY TO ASSEMBLE, AND |
| PETITIONER, ) | TO PETITION THE GOVERNMENT FOR A |
| ) | REDRESS OF GRIEVANCES) |
| V. ) | |
| ) | CIVIL COMPLAINT PURSUANT TO THE |
| INSPECTOR GENERAL OF THE U.S. ) | FIFTH AMENDMENT (NOR BE DEPRIVEED |
| CONGRESS, HOUSE OF REPRESENTAT-) | OF LIFE, LIBERTY, OR PROPERTY, |
| IVES, OFFICE OF THE INSPECTOR ) | WITHOUT DUE PROCESS OF LAW: NOR |
| GENERAL 485 FORD HOUSE OFFICE ) | SHALL PRIVATE PROPERTY BE TAKEN |
| BUILDING WASHINGTON D.C. 20515 ) | FOR PUBLIC USE, WITHOUT JUST |
| PH 202-226-1250 ) | COMPENSATION. |
| ) | |
| RESPONDENT. ) | CIVIL COMPLAINT PURSUANT TO 10:1552 |
| ) | SECNAV COURT BOARD OF NAVAL CORRECTIONS |
| ) | CIVIL COMPLAINT PURSUANT TO 28:1331 |
| ) | FEDERAL QUESTION |
| (THIS COMMITTEE TWENTY EIGHT OF) | ACTION TO COMPEL AN OFFICER PURSUANT |
| THE SECNAV COURT BOARD OF NAVAL) | TO 28:1361 |
| CORRECTIONS, HAS NOTHING TO DO ) | |
| WITH BUREAU OF PRISONS, PUBLIC ) | |
| HEALTH SERVICES, OR (PLRA). ) | |
| ) | |
| ) | |

ACTION TO COMPEL AN OFFICER OF THE UNITED STATES TO PREFORM HIS DUTY
TO PETITION CONGRESS AND THE HOUSE OF REPRESENTATIVES FOR
CONGRESSIONAL INQUIRE INTO SEVEN CONGRESSDIONAL PROCEEDINGS
CONCERNING THE AGENCIES OF DEPARTMENT OF DEFENSE

A.  PREVIOUS LAWSUITS:

1.  The petitioner first filed on 4 May 1977, and petitioner Attorney (Esquire Thompson) of Manassas VA., refiled the DD-149, Application for hearing with The Secretary of The Navy, Court for the Corrections of Military Records and Injustices, filed 15 Feburary 1978, in the District of Columbia with The Secretary of The Navy Court, not filed in District of Columbia District Court.  The petitioner filed the DD-149 with the Inspector General for The United States Marine Corps which the petitioner was in MAST with on 4 May 1977, at the then The Marine Corps Development and Education Command Quantico VA.,.

2.  The Application for hearing was two fold (1) to resolve the Discharge of the petitioner from The United States Marine Corps which The Inspector General notified the petitioner was to be Discharged, on 4 May 1977, date of discharge was unknown but the petitioner was finally

RECEIVED

Clerk, U.S. District and
Bankruptcy Courts

Discharged on 30 December 1977. The petitioner was entitled to a
Medical Discharge Pursuant To: 10:1552, 10:6160 and 38:109. The
petitioner was assigned to Naval Civil Service Pursuant To: 10:6160
for a work release program with disability, for hearing to be held in
Washington D.C., with DEPARTMENT OF THE NAVY AND MARINE CORPS, VETERANS
AFFAIRS, SOCIAL SECURITY AND WASHINGTON D.C. POLICE DEPARTMENT. The
hearing never was never held, the petitioner was transfered to FLEET
ANALYSIS CENTER CORONA CA., FOR DUTY AND PETITIONER WIFE TRANSFERED
TO MARINE CORPS AIR STATION EL TORO CA., for duty. Petitioners wife
was still on active duty in the Uinted States Marine Corps. After two
years the petitioner had to leave Naval Civil Service because of his
health, the petitioner had to work in an controlled evironment without
any lifting. The petitioner tried to establish communications with
offices in Washington D.C. never was able to establish, the petitioner
wanted to return to school and finish degree, and receive necessary
treatment. The (2) this was for Seven Armed Forces Senate Sub Committees,
(A)  HUMAN RELATIONS IN THE U.S. ARMED FORCES, (B) DRUGS IN THE U.S.
ARMED FORCES, (C) FRAUD IN THE U.S. ARMED FORCES, (D) GESTAPO AND ANTI
AMERICAN ACTIVITIES IN THE U.S. ARMED FORCES, (E) MEDICAL SERVICES IN
THE U.S. ARMED FORCES, (F) PEACECORPS/PEACECORPS, (G) PRESIDENTIAL?
CONGRESSIONAL PROTECTION SERVICES. Since 4 May 1977, the proceedings has
changed to Seven Congressional Proceedings to Include Committee Twenty
Eight, SEVEN ARMED FORCES SENATE SUB COMMITTES. The Seven Congressional
Committees are Committee Twenty Five Department of The Navy and Marine
Corps, Criminal Activities World Wide. In conjuction with Police World
Wide. Committee Twenty Six IMPEACHMENT OF THE PRESIDENT, SECRETRIES,
DIRECTORS, CHIDF OF STAFFS, (The World Trade Center in New York N.Y.,
and 21 Days of Snipers in Metroplitan Area of Washington D.C. is enough
to IMPEACH the above. No one has the right to threaten the American
Public and The U.S. Congress, for conduct of action. President Clinton
just signed a Bill Authorizing The Congress to Fund for five years the
procurement of Police and Emergency Service Personel, then for the States
to take over the responsibilities of the additional personel.

3. The petitioner has on a regular basis filed in District of
Columbia, District of Maryland, Virginia, North Carolina, to have the
proceedings of Committee Twenty Eight entered into Congress and other
proceedings, to never receive response or petitions rejected.

B.    EXHAUSTION OF ADMINISTRATIVE REMEDIES:

1. The remedies were exhausted under The Department of The Navy
and U.S. Marine Corps, without no results, this forced the filing of
the DD-149 for a hearing under The Secretary of The Navy Court for The
Corrections of Military Records and Injustices 4 May 1977.

C.    JURISDICTION:

1. The petitioner joined the United States Marine Corps on 23
August 1963, as Stanley A. Slupkowski SSAN 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/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 USMC
who presently resides at FMC 19289-083 BLDG 1-2, FEDERAL MEDICAL CENTER
P.O. BOX 4000 Rochester MN., 55903-4000. Who were violated by the actions
of the defendants, named below, which actions were directed against
petitioner at on 20 October 2007, Congressional Liasigon for The United

States Navy and Marine Corps, House of Repersentatives, Washington
D.C.. 20 October 2007, Congressional Liasion for the United States
Coast Guard, House of Representatives, Washington D.C.. 20 October
2007, Congressional Inspector General House of Representatives, Wash-
ington D.C..

1.  RESPONDENT:  Inspector General for The House of Representatives
485 Ford House Office Building Washington D.C. 20515

Office of The Inspector General for The U.S. CONGRESS

The Respondent is sued in his official capacity.

Explain how this Respondent was acting under color of law:  The
Respondent and the two other respondents have never responded to any
Congressional Inquire(s), filed by the petitioner.

Note:  There is no reason to list the other Respondents since none
of the Respondents ever received the petitioners mail.

D.   CLAIMS

CLAIM I

1.   On 20 October 2007, the petitioner filed with the Congressional
Liasion for Congressional Inquire into Seven Congressional Proceedings
to be entered into Congress, Pursaunt To: Congressional process The
Congressional Liasion is to process the request immediately with The
Office of The Inspector General of The Department of The Navy and Marine
Corps and within five days The Inspector General of The Department of
The Navy and Marine Corps is to contact the petitioner this has never
taken placed within 31 years.  The petitioner has never received a
response from the Congressional Liasion or The Office of The Inspector
General, of The Department of The Navy and Marine Corps.

CLAIM II

1.   On 20 October 2007, the petitioner filed with the Congressional
Liasion for Congressional Inquire, into Seven Congressional Proceedings
to be entered into Congress, Pursaunt To: Congressional process The
Congressional Liasion is to process the request immediately with The
Office of The Inspector General of The Department of The Navy and Marine
Corps and within five days The Inspector General of The Department of
The Navy and Marine Corps is to contact the petitioner this has never
taken placed within 31 years.  The petitioner has never received a
response from The Congressional Liasion or The Office of The Inspector

General, of The Department of The Navy and Marine Corps.

CLAIM III

1.    On 20 October 2007, the petitioner filed with The Congressional Liasion for Congressional Inquire, into Seven Congressional Proceedings to be enteredinto Congress, pursuant To:  Congressional process The Congressional Liason is to process the request immediately with The Office of The Inspector General of The Department of The Navy and Marine Corps and within five days The Inspector General of The Department of The Navy and Marine Corps is to contact the petitioner this has never taken placed within 31 years.  The petitioner has never received a response from The Congressional Liasion or The Office of The Inspector General, of The Department of The Navy and Marine Corps.

E.    REQUEST FOR RELIEF:
    I believe that I am entitled to the following specific relief:
1.    Action to compel an officer of the United States to preform his duty. For the Warden Duke Terrell to be compelled to stay out of other agencies interest, and interest of other facilities of Bureau of Prisons , and Public Health Services not at FMC Rochester mn.,.  The staff and officers are obstructing mail, which obstructs legal proceedings, denial of access to the courts and denial of due process.  For all mail not to be obstructed or consficated by any staff or officer of FMC Rochester MN.,.  For all mail to be sent immediately without delay.  The petitioner is civilly commited and is not under the regulations of Prisons Litigation Reform Acts (PLRA), Pursuant To: 28:1915N14 (WHO IS PRISONER).  The confiscation of the petitioners mail under Bureau of Prisons started 20 April 1993, thru present (ALEXANDRIA VA., DETENTION CENTER, FCI/FMC BUTNER NC., AND NOT FMC ROCHESTER MN.,).  Matters in California pertain to The Department of The Navy and Marine Corps, Bureau of Prisons and Public Health Services is only involved in proceedings in NORTH CAROLINA AND WASHINGTON D.C. not California, matters of Committee CA6 San Diego Superior Court, CA7 Los Angeles Superior Court, CA8 San Francisco Superior Court, is being held in District Court North Carolina (RALEIGH), these Committees deal with denial of access to the courts and denial of due process of residents of California sent to FCC BUTNER NC., THE WHOLE PURPOSE OF MENTAL HEALTH EVALUATIONS IS TO DENIAL OF ACCESS TO THE COURTS DENIAL OF DUE PROCESS.

2.    Action to compel an officer of The United States to preform his duty.

For the Warden Duke Terrell to be compelled to deliver all mail addressed, to The U.S. CONGRESS BOTH HOUSES to be immediately released to the District Columbia, if The member of Congress wants to process any claim against the individual the Member of Congress, with do the INQUIRE.

3.  Any undeliverable Certified, Insured, or Registered returned to the any detainee at the FMC Rochester mn., will have attached the U.S. POSTAL REJECTION SLIP WITH FOUR POSTMARKES, AND THREE/FOUR SIGNATURES ON THE THREE BY FOUR REJECTION SLIP, FOR THE FMC ROCHESTER MN., TO DISCONTINTUE USING BUREAU OF PRISONS REJECTIONS YELLOW SLIP, AND HAND WRITTEN REJECTION OR REFUSED NOTICES.  This pertains to LEGAL AND PERSONAL MAIL OF ANY DETAINEE AT FMC ROCHESTER MN.,.

4.  Action to compel an officer of the United States to preform his duty. For The Inspector General House of Representative to Provide written notice of acceptence, of this court order, and have the petitioner to provide the Seven Congressional Proceedings in writting to this office, and have The Inspector General House of Representatives to contact the Warden Terrell FMC Rochester MN., P.O. Box 4000, Rochester MN. 55903-4000, and have The Inspector General to order the Warden Duke Terrell to discontintue interfering with Congressional mail and inquires.

17 APR 2008                          STANLEY A. SLUPKOWSKI PRO SE:

### CERTIFICATE OF SERVICE

DISTRICT CLERK                    CERTIFIED MAIL 7005 0390 0005 4601 2288
U.S. DISTRICT COURT               RETURN RECEIPT REQUESTED
DISTRICT COLUMBIA
333 CONSTITUTION AVENUE N.W.
NEW WASHINGTON 20001-2802

17 APR 2008                       STANLEY A. SLUPKOWSKI PRO SE:
                                  FMC 19286-083 BLDG 1-2
                                  FEDERAL MEDCIAL CENTER
                                  P.O. BOX 4000
                                  ROCHESTER MN., 55903-4000

Note:  Committees 27, 29, and 30, pertain to The Department of Defense Committees CA1, Los Angeles CA., District Court 2 Jan 1961, Now in Congress pertaining to Department of Defense, CA2., Los Angeles CA., Superior Court transfered to Circuit Court Chicago IL., pertaining to relatives fatherside.  CA3, Divorce proceedings Santa Anna Superior Court CA., CA4., WRAP UP CA., and CA5., CLEAN UP CA., both in District of Columbia District Court, can be transfered to CA., after hearing in WDC.,. State of CA., hearing is from 15 May 1945-4 Apr 1984, Nothing in CA., after 4 Apr 1984, that is when the petitioner left CA.,.  Committee (11) is the Marine Corps Recruiting Office Baltimore MD., Committee 11 KILO K is Circuit Court Milwaukee WI., Neither is Social Security Baltimore MD.,.